**ALERT: IMPACTS FROM TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN INDIANA MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›**

EXHIBIT A

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**9589071052701552092724**

Remove ✕

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:07 pm on May 4, 2026 in LOS ANGELES, CA 90013.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

LOS ANGELES, CA 90013
May 4, 2026 12:07 PM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Feedback

Track Another Package

Enter tracking or barcode numbers

9589 0710 5270 1552 0927 24

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

APR 29 2026

USPS

Sent To
Edikted

Street and Apt. No., or PO Box No.
1327 Willow Street

City, State, ZIP+4®
Los Angeles CA 90013

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Outlook

## Notice of Legal Representation - amiramarie.xo LLC

**From** Felicia Brownell <fbrownell@brownelllawgroup.com>
**Date** Wed 4/29/2026 1:13 PM
**To** hello@edikted.com <hello@edikted.com>

1 attachment (556 KB)
Notice of Representation with Exhibit_Edikted Unauthorized Use of amiramariexo LLC content.pdf;

Dear Ms. Moyal,

Please see the attached Notice of Legal Representation for amiramarie.xo LLC regarding Edikted's unauthorized use of amiramarie.xo LLC's photos and social media content.

Upon receipt of this letter, please give me a call to discuss. I can be reached directly at 215-901-6325.

Sincerely,

Felicia Brownell, Esq.

**Brownell Law Group LLC**
**Felicia Brownell, Esquire**
FBrownell@BrownellLawGroup.com
215-901-6325 (direct) 215-990-7071 (office)
833-599-0606 (fax)

Delaware Address:
252 Mariners Way
Bear, DE 19701

Pennsylvania Address:
PO Box 775
Landenberg, PA 19350

RATED BY Super Lawyers
Rising Stars
Felicia Brownell
SuperLawyers.com

Privileged and Confidential Attorney-Client Communication
This message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

BROWNELL LAW GROUP, LLC
PO Box 775
Landenberg, Pennsylvania 19350

252 Mariners Way
Bear, Delaware 19701

FBrownell@BrownellLawGroup.com

TELEPHONE
(215) 990-7071 (office)
(215) 901-6325 (cell)

FAX
(833) 599-0606

Felicia Brownell

April 29, 2026

Edikted
Attn: General Counsel, Chen Moyal
1327 Willow Street
Los Angeles, CA 90013
hello@edikted.com

**SENT CERTIFIED MAIL AND EMAIL**

Re: Unauthorized use of photographs and content of amiramarie.xo LLC

Dear Ms. Moyal:

I have been retained to provide legal representation for amiramarie.xo LLC, with its registered agent located at the Delaware address listed above, concerning the unauthorized use of their photos and content being displayed on Edikted's website.

Edikted has been using two (2) of amiramarie.xo's photos without permission or compensation. **Exhibit A**. Edikted obtained the photos and content from amiramarie.xo's Instagram®.

After Edikted posted the unauthorized photos and content on the Edikted website, Edikted reached out to amiramarie.xo to partner with them on a social media campaign. amiramarie.xo provided Edikted with a quote for the services requested, however Edikted declined to move forward with the partnership, but continued to use amiramarie.xo's photos and content without permission or compensation.

In an effort to amicably resolve this matter, amiramarie.xo is requesting compensation for use of their photos and content as follows:

- $22,000
    - Organic usage fee - $2,000/mo. for each piece of content (11 months x $2,000/ mo.)
        - Photo #1(Pink Outfit) – 10 months of usage from July 7, 2025 to April 2026
        - Photo #2 (Gold Outfit) – 1 month of usage for April 2026
- If usage continues beyond April 2026, the organic usage fee will continue to accrue for each piece of content that Edikted displays

Upon receipt of this letter, please give me a call to discuss this matter. I can be reached directly at 215-901-6325 or via email at FBrownell@BrownellLawGroup.com.

Sincerely,

Felicia Brownell, Esq.

cc: amiramarie.xo LLC

EXHIBIT A













5.0 ★★★★★

Lita Sequin Backless Cowl Neck Top

Buy Now

amiramarie.xo 07/02/25

all you need



4.8 ★★★★★

Shiny Knit Cowl Neck Backless Top

$19.20

Add to Cart

amiramarie.xo 04/10/26