EXHIBIT B

**amiramarie.xo**

[redacted]



33 9 2

[redacted]

**amiramarie.xo** all you need

[redacted]

July 1, 2025