EXHIBIT C

Posts
amiramarie.xo

amiramarie.xo
[redacted]



4.8K · View insights

Boost post

104 11 8

[redacted]

amiramarie.xo little miss Bodega Baddie ✨ ✨
@littlemissdrama... more

April 9