EXHIBIT E

**Registration Number**
# VA 2-508-299
**Effective Date of Registration:**
June 08, 2026
**Registration Decision Date:**
June 18, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 09, 2026 to April 09, 2026

### Title

**Title of Group:** amiramarie.xo LLC Gold Concert Outfit Photos
**Number of Photographs in Group:** 5

- **Individual Photographs:** 100_0326, IMG_9174, IMG_9175, IMG_9178, IMG_9179
  **Published:** April 2026

### Completion/Publication

**Year of Completion:** 2026
**Earliest Publication Date in Group:** April 09, 2026
**Latest Publication Date in Group:** April 09, 2026
**Nation of First Publication:** United States

### Author

- **Author:** Amira Brownell
  **Author Created:** photographs
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Amira Brownell
252 Mariners Way, Bear, DE, 19701, United States

## Certification

**Name:** Amira Brownell
**Date:** June 08, 2026

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.