EXHIBIT F











5.0 ★★★★★

Lita Sequin Backless Cowl Neck Top

Buy Now

amiramarie.xo 07/02/25

all you need





4.8 ★★★★★

Shiny Knit Cowl Neck Backless Top

$19.20

Add to Cart

amiramarie.xo 04/10/26