**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMIRA M. BROWNELL and AMIRAMARIE.XO LLC,<br>Plaintiff,<br>v.<br>EDIKTED LLC,<br>Defendant. | C.A. No. 26-1068-MN |

**EDIKTED LLC'S PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Edikted LLC, by and through its undersigned counsel, hereby moves the Court for an order dismissing Plaintiff amairamarie.xo LLC for lack of standing and dismissing Plaintiffs' claims for statutory damages and attorney's fees under Count I of the Amended Complaint. The grounds for this motion are set forth in the Opening Brief filed contemporaneously herewith.

Dated: October 13, 2026

OF COUNSEL:

Noah S. Robbins
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8745
Facsimile: 215.864.8999
E-mail: robbinsn@ballardspahr.com

BALLARD SPAHR LLP

*/s/ Alan C. Cardenas-Moreno*
Beth Moskow-Schnoll (No. 2900)
Alan C. Cardenas-Moreno (No. 7174)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
E-mail: moskowb@ballardspahr.com
cardenasmorenoa@ballardspahr.com

*Counsel for Defendant Edikted LLC*